# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134358(52)

JAMES MARTIN and LUCIA MARTIN,
      Plaintiffs-Appellants,

v

SMG,
      Defendant/Cross-Defendant/
      Third-Party Plaintiff-Appellee,

and

GRAND RAPIDS-KENT COUNTY
CONVENTION AREA AUTHORITY,
      Defendant/Cross-Plaintiff/
      Third-Party Plaintiff-Appellee,

and

GRAND RAPIDS BALLET COMPANY,
d/b/a GRAND RAPIDS BALLET,
      Third-Party Defendant.
_____/

SC: 134358
COA: 273528
Kent CC: 04-008611-NI

On order of the Court, the motion for reconsideration of this Court's January 30, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

d0421